UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BRUCE A. SMILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No.: 1:21-CV-88-TAV-CHS |
| CENTURION HEALTHCARE SYSTEMS, TONY PARKER, M.D., KENNETH WILLIAMS, KATHERINE CAMPBELL, JOHN/JANE DOE, and DR. MEYDRECH, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

2. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*, *see* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT